Núm. 7714.—PUEBLO, apldo. *v.* SANTIAGO, aplte.—C. D. San Juan. 

Julio 13, 1939.

Vista la moción que antecede con la asistencia de ambas partes y apareciendo que el escrito de apelación no fuera notificado al fiscal de distrito, según taxativamente dispone el artículo 350 del Código de Enjuiciamiento Criminal, por la presente se desestima la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de San Juan en octubre 26, 1938.

El Juez Asociado Sr. Travieso no intervino.